IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0048

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTIAN NYANFORE,

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 20-0048 and DA 20-0049 be consolidated for the purposes of appeal under Cause No. DA 20-0048.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2020